## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **ROGER RIDDLE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 2:11-cv-0044** |
| **v.** | ) | |
| | ) | |
| **LOWE'S HOME CENTERS, INC.,** | ) | **JUDGE SHARP** |
| | ) | **MAGISTRATE JUDGE BROWN** |
| **Defendant.** | ) | |

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, the Court retains jurisdiction of this cause of action, and Defendant's Motion to Dismiss (Docket Entry No. 5) is hereby GRANTED.

This case is hereby DISMISSED WITH PREJUDICE.

The Clerk is directed to enter judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE